IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHLEEN LEON** | : | **CIVIL ACTION** |
| v. | : | |
| **BENSALEM TOWNSHIP SCHOOL DISTRICT** | : | **NO. 23-01374** |

**ORDER**

**AND NOW**, this 9th day of August, 2024, upon consideration of Defendant's Motion to Dismiss (ECF No. 11), Plaintiff's Response in Opposition (ECF No. 12), and Defendant's Response thereto (ECF No. 13), it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's Claims Counts One and Two is **GRANTED** with regard to Plaintiff's Title VII and PHRA gender discrimination claims.

2. Defendant's Motion to Defendant's Motion to Dismiss Plaintiff's Claims Counts One and Two is **DENIED** with regard to Plaintiff's Title VII and PHRA retaliation and hostile work environment claims.

3. Defendant's Motion to Dismiss Plaintiff's Claim Counts Three and Four is **DENIED**.

4. Defendant's Motion to Dismiss Plaintiff's Claim Count Five is **GRANTED** with regard to Plaintiff's FMLA interference claim.

5. Defendant's Motion to Dismiss Plaintiff's Claim Count Five is **DENIED** with regard to Plaintiff's FMLA retaliation claim.

BY THE COURT:

_____
Mia R. Perez, J.